1 STEPHANIE M. HINDS (CABN 154284)
  United States Attorney
2 MICHELLE LO (NYRN 4325163)
  Chief, Civil Division
3 ELIZABETH KURLAN (CABN 255869)
  Assistant United States Attorneys
4
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       FAX: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
  Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12 CHENG CHEN, *et al.*,

13              Plaintiffs,                    C 5:23-cv-00697 SVK

14       v.                                    **PARTIES' STIPULATION TO DISMISS;**
                                               **[PROPOSED] ORDER**
15 ALEJANDRO MAYORKAS, Secretary of the
   Department of Homeland Security, *et al.*,
16
                Defendants.
17

18

19     Plaintiffs, appearing *pro se*, and Defendants, by and through their undersigned attorneys, hereby

20 stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled action without

21 prejudice given that USCIS adjudicated Plaintiffs' Forms I-485, Application to Adjust Status.

22     Each of the parties shall bear their own costs and fees.  In accordance with Civil Local Rule

23 5(h)(3), the filer of this document attests that all signatories listed below concur in the filing of this

24 document.

25

26

27

28

1   Dated: March 15, 2023                    Respectully submitted,

2                                            STEPHANIE M. HINDS
                                             United States Attorney
3

4                                             */s/ Elizabeth D. Kurlan*
                                             ELIZABETH D. KURLAN
5                                            Assistant United States Attorney
                                             Attorneys for Defendants
6

7
    Dated: March 14, 2023
8                                             */s/ Cheng Chen*
                                             CHENG CHEN
9                                            JIE LIAN
                                             *Pro Se*
10

11                       **[PROPOSED] ORDER**

12         Pursuant to stipulation, IT IS SO ORDERED.

13

14
    Date:  March 20, 2023
15

16

17                                           Trina L. Thompson
                                             United States District Judge
18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2       The undersigned hereby certifies that she is an employee of the Office of the United States

3   Attorney for the Northern District of California and is a person of such age and discretion to be

4   competent to serve papers.  The undersigned further certifies that on this day she caused a copy of the

5   following document(s):

6                                    **Parties' Stipulation to Dismiss; [Proposed] Order**

7   to be served by FIRST CLASS MAIL and email upon the party(ies) at the address(es) stated below,

8   which is/are the last known address(es):

9   Cheng Chen
    Jie Lian
10  185 Noyo Drive
    San Jose, CA 95123
11

12      I declare under penalty of perjury under the laws of the United States that the foregoing is true

13  and correct.

14  Date: March 15, 2023

15                                          */s/ Tiffani Chiu*
                                            TIFFANI CHIU
16                                          Paralegal Specialist

17

18

19

20

21

22

23

24

25

26

27

28